# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Marissa Knowles v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10213-DRH |
| *Brenda Rodriguez Davis. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12194-DRH |
| *Jennifer S. Baron v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11966-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 15, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
       **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.06.16 09:47:57 -05'00'

APPROVED:
  DISTRICT JUDGE
  U. S. DISTRICT COURT